**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel Antonio DIAZ–NAVARRO, Defendant—Appellant.**

**No. 08–50153.**

United States Court of Appeals, Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 18, 2009.*

Filed Feb. 26, 2009.

Luella M. Caldito, U.S. Assistant, Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Lynn Howard Ball, Law Office of Lynn H. Ball, San Diego, CA, for Defendant—Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Manuel Antonio Diaz–Navarro appeals from the 66–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Diaz–Navarro contends that the district court erred during sentencing by failing to consider all of the 18 U.S.C. § 3553(a) sentencing factors. We conclude that there was no procedural error. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)(2)).

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

